**Order filed January 13, 2015, Withdrawn, Appeal Reinstated and Order filed January 29, 2015**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00687-CR

———————

**GERALD GERROD DARBY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court
Harris County, Texas
Trial Court Cause No. 1384358**

## ORDER

On January 13, 2015, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for failure to file appellant's brief. On January 23, 2015, appellant's brief was filed.

Accordingly, our order of January 13, 2015, is withdrawn. The appeal is reinstated. The State's brief is due 30 days from the date of this order.

PER CURIAM